UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENZO'S PIZZERIA & ITALIAN
RESTAURANT, INC.,

    Plaintiff,

v.                                 Case No: 2:18-cv-594-FtM-99CM

ASPEN SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER[1]

Before the Court is Defendant Aspen Specialty Insurance Company's Response to Court Order Dated 9/10/18. (Doc. 10). Aspen removed this case from the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida citing diversity jurisdiction as the basis for this Court's subject matter jurisdiction. (Doc. 1). But the Court directed it to supplement its Notice of Removal because Aspen fell short on satisfying showing the threshold amount in controversy. (Doc. 8). Aspen now says that this case should be remanded to state court. (Doc. 10).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) This case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

(2) The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

(3) The Clerk is **DIRECTED** to terminate close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record